prosecution in compliance with Rule 15 granted. *Herbert F. DeSimone,* Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

C. Q. No. 650. STATE *v.* ROBERT FRANCIS CARR, *alias.* Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Herbert F. DeSimone,* Attorney General, for plaintiff. *Paul M. Chappell,* for defendant.

M. P. No. 369. THEE ATRIS CARPENTER *v.* ZONING BOARD OF REVIEW OF PROVIDENCE. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Alton W. Wiley,* for plaintiff. *Robert J. McOsker,* City Solicitor, *Edward F. Malloy,* Asst. City Solicitor, for defendant.

APPEAL No. 505. ELEANOR F. MASSE *v.* LEO MASSE. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Joseph E. Marran, Jr.,* for plaintiff. *Isidore Kirshenbaum,* for defendant.

EQ. No. 3085. CLARE M. DURAND *v.* BOARD OF REVIEW, Department of Employment Security. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Grande & Grande,* for plaintiff. *Aaron S. Helford,* for defendant.

EQ. No. 3127. ALVIN J. GOLDBERG *v.* BOARD OF REVIEW, Department of Employment Security. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Jacob J. Alprin, John A. Mutter,* for plaintiff. *Aaron S. Helford,* for defendant.


December 10, 1968.


M. P. No. 544. KENNETH J. OLIVER *v.* HAROLD V. LANGLOIS, *Warden.* Habeas corpus denied. *Milton Stanzler,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.